Sandell v Severyn Dev., Inc. (2025 NY Slip Op 01504)

Sandell v Severyn Dev., Inc.

2025 NY Slip Op 01504

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, GREENWOOD, AND HANNAH, JJ.

214 CA 24-00107

[*1]EDWARD P. SANDELL AND ROSANNA DIMILLO SANDELL, PLAINTIFFS-RESPONDENTS,
v
SEVERYN DEVELOPMENT, INC., DEFENDANT-APPELLANT. 

TIVERON LAW PLLC, AMHERST (DIANE R. TIVERON OF COUNSEL), FOR DEFENDANT-APPELLANT.
A. ANGELO DIMILLO, LOCKPORT, FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered January 10, 2024. The order, among other things, granted plaintiffs' motion seeking a default judgment against defendant and denied defendant's cross-motion to, inter alia, dismiss plaintiffs' complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court